**In re David B. WOYCECHOWSKY.**

**No. 03–1416.**

United States Court of Appeals,
Federal Circuit.

DECIDED: Aug. 20, 2003.

ON MOTION

*ORDER*

Upon consideration of parties' joint motion to voluntarily dismiss this appeal,

IT IS ORDERED THAT:

(1) The motion is granted.*

(2) Each side shall bear its own costs.

**CAROLINA TOBACCO COMPANY,**
**Plaintiff–Appellee,**

v.

**BUREAU OF CUSTOMS AND BOR-**
**DER PROTECTION (formerly known**
**as United States Customs Service),**
**Defendant–Appellant.**

**No. 03–1493.**

United States Court of Appeals,
Federal Circuit.

DECIDED: Aug. 21, 2003.

ORDER

The parties having so agreed, it is

---

* We note that parties request that this dismissal be without prejudice, however, it is not the

ORDERED that the proceeding is DIS-MISSED under Fed. R.App. P. 42(b).

v.

**PIGMENTOS VEGETALES DEL**
**CENTRO S.A. DE C.V.,**
**Defendant–Appellant.**

**Kemin Foods, L.C. and the Catholic**
**University of America, Plaintiffs–**
**Appellants,**

v.

**Pigmentos Vegetales Del Centro S.A.**
**de C.V., Defendant–Appellee.**

**Nos. 03–1204, 03–1245.**

United States Court of Appeals,
Federal Circuit.

DECIDED: Aug. 21, 2003.

ON MOTION

PROST, Circuit Judge.

*ORDER*

Upon consideration of the motion of Kemin Foods, L.C. and The Catholic Univer-

---

practice of this court to dismiss with or without prejudice.